■ In the Matter of MARY A. SANTAMOUR-TARTAGLIA, Respondent, v ANTHONY J. VENETTOZZI, Appellant. (Appeal No. 2.) [701 NYS2d 765] —Order unanimously affirmed without costs for reasons stated in decision at Oneida County Family Court, Flemma, J.H.O. (Appeal from Order of Oneida County Family Court, Flemma, J.H.O.—Order of Protection.) Present—Denman, P. J., Hayes, Hurlbutt, Scudder and Balio, JJ.